SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09–4550 PA (VBKx) | Date | July 6, 2009 |
|---|---|---|---|
| Title | Felix Wu v. Jacqueline Lewis, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS — ORDER TO SHOW CAUSE

Before the Court is a complaint ("Complaint") and motion for a preliminary injunction filed by plaintiff Felix Wu ("Plaintiff"). Plaintiff alleges a claim under 42 U.S.C. § 1983 for violation of his right to associate with, and care for, his children. Although the Complaint is not a model of clarity, Plaintiff appears to allege that Los Angeles Child and Family Services took his daughters from his custody. Plaintiff therefore sues Dependency Court Commissioner Jacqueline Lewis and the Superior Court of California (collectively "Defendants"), seeking to enjoin Defendants and "any other judicial officer" from conducting a hearing under California Welfare and Institutions Code § 366.26 to terminate his parental rights. He also seeks to enjoin Defendants to return his daughters to his custody.

After reviewing the pleadings, the Court finds that Plaintiff may have improperly invoked this Court's jurisdiction. Because a state court proceeding is currently pending regarding Plaintiff's parental rights, Plaintiff's claim may be subject to the Rooker-Feldman and Younger v. Harris abstention doctrines. See Rooker v. Fidelity Trust Co., 263 U.S. 413, 44 S. Ct. 149, 68 L. Ed. 362 (1923); District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 103 S. Ct. 1303, 75 L. Ed. 2d 206 (1983); Younger v. Harris, 401 U.S. 37, 91 S. Ct. 746, 27 L. Ed. 2d 669 (1971).[1/] Moreover, Plaintiff's claim may be subject to the Colorado River abstention doctrine. See Colorado River Water Conservation Dist. v. United States, 424 U.S. 800, 96 S. Ct. 1236, 47 L. Ed. 2d 483 (1976); Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp., 460 U.S. 1, 15–16, 103 S. Ct. 927, 936–37, 74 L. Ed. 2d 765 (1983); 40235 Washington St. Corp. v. Lusardi, 976 F.2d 587, 588 (9th Cir. 1992) (internal citations omitted). If Plaintiff is unhappy with the rulings of the state court proceedings, his remedy is not to file a new action in federal court but to appeal those rulings through the California appellate system.

Additionally, Plaintiff's claim for violations of his constitutional rights against judicial officers appears to be barred by the doctrine of judicial immunity. Mireles v. Waco, 502 U.S. 9, 9–10, 112 S. Ct.

---

[1/]   The Younger abstention doctrine "generally directs federal courts to abstain from granting injunctive or declaratory relief that would interfere with pending state judicial proceedings." Hirsch v. Justices of the Supreme Court, 67 F.3d 708, 712 (9th Cir. 1995).

**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09–4550 PA (VBKx) | Date | July 6, 2009 |
|---|---|---|---|
| Title | Felix Wu v. Jacqueline Lewis, et al. | | |

286, 288, 116 L. Ed. 2d 9 (1991).  Similarly, to the extent that defendant Jacqueline Lewis serves in a prosecutorial capacity, Plaintiff's claim against her appears to be barred by the doctrine of prosecutorial immunity.  See Fry v. Melaragno, 939 F.2d 832, 837 (9th Cir. 1991).

    Accordingly, no later than July 13, 2009, Plaintiff is ordered to show cause in writing why this action should not be dismissed.  Plaintiff's response, which shall not exceed fifteen (15) pages, shall address each of the issues raised in this Order, and shall be served on Defendants.  Failure to respond to this Order may result in the imposition of sanctions, including the dismissal of the Complaint.

    IT IS SO ORDERED.

                                                                                                          :

                                                              Initials of Preparer